```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :
                                  :
              -v-                 :        ORDER
                                  :        06 Cr. 919 (RMB)
RAMON SMART,                      :
                                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -X
```

Upon the application of the United States of America, by and through Assistant United States Attorney John T. Zach, it is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this order until October 12, 2006.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government time to prepare discovery and for the parties to prepare for the initial pretrial conference on October 12, 2006. Accordingly, it is further ORDERED that the time between the date of this order and October 12, 2006 is hereby excluded under



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/06

10/06/06  FRI 15:00  [TX/RX NO 6489]

the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       October 11, 2006

*RMB*
_____
JUDGE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

2