```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :
                                  :
            -v-                   :   ORDER
                                  :   06 Cr. 919 (RMB)
RAMON SMART,                      :
                                  :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - -X
```

Upon the application of the United States of America, by and through Assistant United States Attorney John T. Zach, it is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this order until January 31, 2007.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the the defendant to consider any motions he wishes to make and to prepare for trial. Accordingly, it is further ORDERED that the time between the date of this order and January 31, 2007 is



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1 | 23 | 07
```

hereby excluded under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        January 23 2007

                                    _____
                                    JUDGE RICHARD M. BERMAN
                                    UNITED STATES DISTRICT JUDGE

2